UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:13-M-1038

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | ORDER APPROVING |
| v. ) | PRETRIAL DIVERSION AGREEMENT |
| ) | |
| TAYLOR EMILEE RAFTER ) | |

The United States Attorney having deferred prosecution in this case pursuant to a written agreement with the Defendant; the written agreement having been submitted to the Court for approval; and the Court having reviewed the written agreement and being of the opinion that deferred prosecution pursuant to the written agreement is appropriate in this case, it is

ORDERED that the Pretrial Diversion Agreement executed in this case between the United States and TAYLOR EMILEE RAFTER on June 17 2013, is approved in accordance with Section 6(b) of the Plan for Achieving Prompt Disposition of the Criminal Cases for the Eastern District of North Carolina and Title 18, United States Code, Section 3161(h)(2).

The Clerk hereby is directed to file the Pretrial Diversion Agreement executed herein regarding TAYLOR EMILEE RAFTER and this Order Approving Pretrial Diversion Agreement.

This the 19 day of June 2013.

_____
ROBERT B. JONES, JR.
UNITED STATES MAGISTRATE JUDGE